IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JENNIFER L.M. LEMAY, et al, | |
| Plaintiffs, | Civil No. 19-2463 (JRT/KMM) |
| v. | |
| MICHAEL B. MAYS, et al | ORDER |
| Defendants. | |

---

Devon M Jacob, **JACOB LITIGATION,** P.O. Box 837, Mechanicsburg, PA 17055-0837, for plaintiffs.

Kristin R. Sarff, **MINNEAPOLIS CITY ATTORNEY'S OFFICE,** 350 South 5th Street, Room 210, Minneapolis, MN 55415, for defendants.

The parties filed a Stipulation of Partial Dismissal (Docket No. 80) on October 16, 2020.  Based on the stipulation, **IT IS HEREBY ORDERED** that Count I (Fourth and Fourteenth Amendment – Unlawful Search of Property), and Count III (Municipal Liability) as it relates to Count I, of the Amended Complaint (Doc. 29), are **DISMISSED**.

DATED: November 12, 2020
at Minneapolis, Minnesota.

                                                 s/John R. Tunheim_____
                                               JOHN R. TUNHEIM
                                               Chief Judge
                                               United States District Court